IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AUDREY SULLIVAN<br>Plaintiff, | §<br>§<br>§ CIVIL ACTION NO. 1:15-cv-49-RP<br>§ |
| ST. DAVID'S HEALTHCARE<br>PARTNERSHIP, L.P., LLP and<br>JENNIFER MUSHTALER, M.D.<br>Defendants | §<br>§<br>§<br>§<br>§ |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, plaintiff, AUDREY SULLIVAN, and defendants, ST. DAVID'S HEALTHCARE PARTNERSHIP, L.P., LLP and JENNIFER MUSHTALER, M.D. in the above styled and numbered cause, and pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, files this stipulation of dismissal respectfully asking the court to dismiss this cause of action asserted herein against defendants ST. DAVID'S HEALTHCARE PARTNERSHIP, L.P., LLP and JENNIFER MUSHTALER, M.D. as matters of dispute between plaintiff and these defendants have been settled. The parties request this dismissal with prejudice.

Respectfully submitted,


By: /s/ Jeff Edwards
Jeff Edwards
State Bar No. 24014406
jeff@edwards-law.com
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
(512) 623-7727
(512) 623-7729 fax

**ATTORNEY FOR PLAINTIFF**


By: /s/ R. Chad Geisler
R. Chad Geisler
State Bar No. 00793793
cgeisler@germer-austin.com
Germer Beaman & Brown, PLLC
301 Congress Ave., Ste. 1700
Austin, TX 78701
(512) 482-5173
(512) 472-0721 fax

**ATTORNEYS FOR DEFENDANT ST. DAVID'S HEALTHCARE PARTNERSHIP, L.P., LLP d/b/a ST. DAVID'S NORTH AUSTIN MEDICAL CENTER**

By: /s/ Terri S. Harris
Terri S. Harris
State Bar No. 19943900
terriharris@steedlawfirm.com
Paula K. Hale
State Bar No. 24036704
paulahale@steedlawfirm.com
Steed Dunnill Reynolds
Bailey Stephenson LLP
303 Camp Craft Road, Ste. 350
Austin, Texas 78746
(512) 476-1094
(512) 476-7770 fax

**ATTORNEYS FOR DEFENDANT JENNIFER MUSHTALER, M.D.**

## CERTIFICATE OF FILING AND SERVICE

I certify by my signature above that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on April 12, 2016.

*Attorney for Plaintiff*
Jeff Edwards
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
(512) 623-7727
jeff@edwards-law.com

*Attorney for St. David's Healthcare Partnership, L.P., LLP*
Chad Giesler
Germer Beaman & Brown, PLLC
301 Congress Ave., Ste. 1700
Austin, TX 78701
(512) 472-0288
cgeisler@germer-austin.com