IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AUDREY SULLIVAN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:15-CV-049 RP |
| ST. DAVID'S HEALTHCARE PARTNERSHIP, L.P., LLP and JENNIFER MUSHTALER, M.D., | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Stipulation of Dismissal, filed April 12, 2016 (Dkt. 15). By way of the stipulation, the parties notify the Court that this matter has been fully settled and resolved. Accordingly, the parties agree to dismiss all claims asserted in this action. *See* Fed. R. Civ. P. 41(a)(1)(ii) (allowing dismissal of an action by the filing of a stipulation of dismissal signed by all parties who have made an appearance).

The Joint Stipulation of Dismissal is hereby **GRANTED.** Accordingly, **IT IS ORDERED** that all claims and causes of action are hereby **DISMISSED WITH PREJUDICE.** The Clerk's Office is directed to close this case. Each party is to bear its own attorneys' fees and costs.

**SIGNED** on April 13, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE